914

No. 98–5642. RAMIREZ-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5644. COUNCE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5646. HIGLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5651. HAYNES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5653. DOE, AKA SMITH, AKA IROH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5655. HAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5660. HOPPER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5662. GATTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5666. FUTRELL v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 98–5672. STANDARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5673. SPAULDING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5674. PUCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5675. McLEAN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–5678. JOHNSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–5685. BROOKS v. NUTH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.